**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

**KEITH MILES GONZALES,**

      Plaintiff,

v.                                                                         **No. 20-cv-0864 RB/SMV**

**ANDREW SAUL,**
**Commissioner of the Social Security Administration,**

      Defendant.

**ORDER SETTING BRIEFING SCHEDULE**

THIS MATTER is before the Court for scheduling, and IT IS HEREBY ORDERED that:

(1)     Plaintiff must file a Motion to Reverse or Remand Administrative Agency Decision with Supporting Memorandum no later than **April 30, 2021**;

(2)     Defendant must file a Response no later than **June 25, 2021**;

(3)     Plaintiff may file a Reply no later than **July 23, 2021**;

(4)     All supporting memoranda filed pursuant to this Order shall cite the transcript or record in support of assertions of fact and shall cite authority in support of propositions of law; and

(5)     All requests for extensions of time altering the deadlines set in this Order shall be made through a motion to the Court. If the parties concur in seeking an extension of time, they shall submit a stipulated proposed order for Court approval.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**